CITY BANK FARMERS TRUST COMPANY, Individually and as Successor Trustee under Deed of Trust Made by CAROLINE P. FORD, etc., and Others, v. AMERICAN SECURITY AND TRUST COMPANY, as Ancillary Executor, etc., of CAROLINE P. FORD, Deceased, ALICIA C. HUBBARD and Others and FRANK F. BUNKER, as Trustee, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ. [See 254 App. Div. 848.]

NEW YORK TELEPHONE COMPANY v. MEEHAN PAVING & CONSTRUCTION CO., INC., and Others. EMPIRE CITY SUBWAY COMPANY (LIMITED) v. MEEHAN PAVING & CONSTRUCTION CO., INC. HOLMES ELECTRIC PROTECTIVE COMPANY v. MEEHAN PAVING & CONSTRUCTION CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

WILLIAM R. WHITE, as Superintendent of Banks of the State of New York, v. MONROE A. SIMON.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Untermyer, Dore, Cohn and Callahan, JJ.

KOLB REALTY CORP. v. THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.

MYRAL Z. TINKLEMAN, Formerly Known as MYRAL Z. HIRSCHBERG, v. 415 EAST 12TH STREET CORPORATION and Others, Impleaded with HOWILO REAL ESTATE CO., INC.— Motion for leave to appeal to the Court of Appeals, or for a reargument, and for a resettlement of order denied, with ten dollars costs. Present — Martin, P. J., Untermyer, Cohn and Callahan, JJ.

BOND & GOODWIN INCORPORATED, v. FRANCIS I. DUPONT and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Glennon, Dore and Callahan, JJ.

In the Matter of the Application of RONALD E. CURTIS against ARCHIBALD R. WATSON, Clerk of the County of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Untermyer, Dore and Cohn, JJ.

JOSEPH A. BURDEAU v. LOBART REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Townley, Glennon and Callahan, JJ.

ALBERT E. SCHWABACHER and Others v. EDWARD P. EHRICH, Individually, and as Administrator, etc., of WILLIAM J. EHRICH, Deceased, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ. [See ante, p. 760.]

ISAAC LOBEL v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — O'Malley, Glennon, Dore, Cohn and Callahan, JJ.